IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL HOLDINGS, INC., successor to CONTINENTAL CAN COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV362 |
| v. | ) ) | |
| CROWN HOLDINGS INCORPORATED, CROWN CORK & SEAL COMPANY, INC., and CROWN BEVERAGE PACKAGING, INC., | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for extension of time in which to file reply brief (Filing No. 44). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendants shall have until January 10, 2011, to file a reply brief in support of their motion for summary judgment.

DATED this 5th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court