IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL HOLDINGS, INC., successor to CONTINENTAL CAN COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV362 |
| v. | ) ) | |
| CROWN HOLDINGS INCORPORATED, CROWN CORK & SEAL COMPANY, INC., and CROWN BEVERAGE PACKAGING, INC., | ) ) ) ) ) | AMENDMENT TO ORDER AND JUDGMENT |
| Defendants. | ) ) | |

This matter is before the Court upon remand from the United States Court of Appeals for the Eighth Circuit (Filing No. 61). Pursuant to said remand, the Court's memorandum opinion (Filing No. 55) and accompanying order and judgment (Filing No. 56) are amended to clarify plaintiff's indemnity responsibilities promised to defendant pursuant to Section 10.3(a)(iii) of the stock purchase agreement ("SPA"). Accordingly,

IT IS ORDERED that "the 50% indemnity provision [of Section 10.3(a)(iii) of the SPA] only applies to environmental liabilities pursuant to Schedule 3.16, as agreed to by the parties."

DATED this 3rd day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court